**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1297**

NICOLE ABRAMS-KELLY,

Plaintiff - Appellant,

and

GLOBAL EXISTENCE FOUNDATION, c/o Nicole Abrams-Kelly; BRIEL KELLY; MILAN KELLY,

Plaintiffs,

v.

DEPARTMENT OF TREASURY, Internal Revenue Service Chief Counsel; NORTH CAROLINA DEPARTMENT OF REVENUE, State Auditor - William Raymond Jr.; NC STATE TREASURER'S OFFICE-LEGAL, Will Spicer; THOMAS J. MARSHALL, USPS General Counsel/Executive VP; VETERANS AFFAIRS - NAVY, HQ Central Office; U.S. VETERANS AFFAIRS DEPARTMENT, NAVY/Marine Records; NORTH CAROLINA VETERANS AFFAIRS, Department of Military and NAVY; U.S. DEPARTMENT OF VETERANS AFFAIRS, (FSC)- Pact Act Hazard Pay,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Senior District Judge.  (3:24-cv-01131-FDW-DCK)

Submitted:  August 21, 2025                    Decided:  August 25, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nicole Abrams-Kelly, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicole Abrams-Kelly appeals the district court's order dismissing without prejudice her civil complaint for failing to pay the filing fee.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Abrams-Kelly's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*